DAVID C. ENGLISH, administrator of William Van Deursen, deceased, appellant,

*v.*

CHARLES I. HENDRICKSON, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *English* v. *Newell, 15 Stew. Eq. 76.*

*Mr. Alan H. Strong,* for appellant.

*Mr. A. V. Schenck,* for respondent.

PER CURIAM.

This decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, KNAPP, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, McGREGOR, PATERSON, WHITAKER—14.

*For reversal*—DIXON—1.